UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS GARCIA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>MARCELLOS PAINTING LLC, and MARCELLO CHAVEZ, individually,<br><br>　　　　　　Defendants. | Civil Action No.: 22-cv-1733<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Carlos Diaz and Defendants Marcellos Painting LLC and Marcello Chavez, individually, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: White Plains, New York
　　　　April 3, 2024

STEVENSON MARINO LLP

By: /s/ J.R. Stevenson
　　J.R. Stevenson
　　445 Hamilton Avenue, Suite 1500
　　White Plains, NY 10601
　　(212) 939-7229
　　jrs@stevensonmarino.com
　　*Attorneys for Plaintiff*

Dated: Orange, New Jersey
　　　　April 3, 2024

DELL'ITALIA & SANTOLA

By: _____
　　John P. Dell'Italia
　　18 Tony Galento Plaza
　　Orange, New Jersey 07050
　　(973) 672-8000
　　johnpdell@aol.com
　　*Attorneys for Defendants*

SO ORDERED

　s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 4/5/2024